1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   **LINDA GABALDON,**                        Case No. 2:16-cv-2218-MCB-EFB (HC)
12
                              Petitioner,     **[PROPOSED] ORDER**
13
                  **v.**
14
15  **PEOPLE OF THE STATE OF**
    **CALIFORNIA,**
16
                              Respondent.
17

18          IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is

19  extended through and including January 11, 2017.

20
    Dated: December 30, 2016
21                                            The Honorable Edmund F. Brennan
22
23
24
25
26
27
28

                                       1